Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−19452−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Dennis X. Dixon
  413 E. 28th Street
  Paterson, NJ 07514

Social Security No.:
  xxx−xx−6474

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 7/12/18 at 11:00 AM

to consider and act upon the following:

*16* − Motion to Extend Time to File Missing Schedules (related document:1 Vol Petition (Chapter 13) filed by Debtor Dennis X. Dixon, 14 Document filed by Debtor Dennis X. Dixon) Filed by Joseph Chang on behalf of Dennis X. Dixon. Objection deadline is 6/5/2018. (Attachments: # 1 Proposed Order) (Chang, Joseph)

*17* − Objection to Motion to Extend Time to File Missing Schedules (related document:16 Motion to Extend Time to File Missing Schedules (related document:1 Vol Petition (Chapter 13) filed by Debtor Dennis X. Dixon, 14 Document filed by Debtor Dennis X. Dixon) Filed by Joseph Chang on behalf of Dennis X. Dixon. Objection deadline is 6/5/2018. (Attachments: # 1 Proposed Order) filed by Debtor Dennis X. Dixon) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 5/31/18

                                      Jeanne Naughton
                                      Clerk, U.S. Bankruptcy Court