Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−19452−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Dennis X. Dixon
413 E. 28th Street
Paterson, NJ 07514

Social Security No.:
xxx−xx−6474

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 7/12/18 at 11:00 AM

to consider and act upon the following:

*16* − Motion to Extend Time to File Missing Schedules (related document:1 Vol Petition (Chapter 13) filed by Debtor Dennis X. Dixon, 14 Document filed by Debtor Dennis X. Dixon) Filed by Joseph Chang on behalf of Dennis X. Dixon. Objection deadline is 6/5/2018. (Attachments: # 1 Proposed Order) (Chang, Joseph)

*17* − Objection to Motion to Extend Time to File Missing Schedules (related document:16 Motion to Extend Time to File Missing Schedules (related document:1 Vol Petition (Chapter 13) filed by Debtor Dennis X. Dixon, 14 Document filed by Debtor Dennis X. Dixon) Filed by Joseph Chang on behalf of Dennis X. Dixon. Objection deadline is 6/5/2018. (Attachments: # 1 Proposed Order) filed by Debtor Dennis X. Dixon) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 5/31/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-19452-JKS
Dennis X. Dixon                                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: May 31, 2018
                              Form ID: ntchrgbk        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2018.
db            +Dennis X. Dixon,    413 E. 28th Street,    Paterson, NJ 07514-1805

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2018 at the address(es) listed below:
              Joseph Chang    on behalf of Debtor Dennis X. Dixon jc@josephchanglaw.com,   im@josephchanglaw.com, outsourcedparalegal@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC Bank, National Association kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 4