UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

The Law Offices of Joseph A. Chang,
Attorneys at Law
951 Madison Avenue
Paterson, NJ 07501
Tel:973-925-2525
Fax: 973-925-9090
Attorney for Debtor

**Order Filed on August 14, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

DENNIS X. DIXON

Case Number: 18-19452

Hearing Date: July 12, 2018

Judge: JOHN K. SHERWOOD

Chapter: 13

Recommended Local Form:   ☑ Followed   ☐ Modified

## ORDER RE EXTENSION OF TIME
## TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 14, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☐   Granted.  The deadline to file schedules is extended to _____.

☒   Denied.

*rev.8/1/15*