UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

The Law Offices of Joseph A. Chang,
Attorneys at Law
951 Madison Avenue
Paterson, NJ 07501
Tel:973-925-2525
Fax: 973-925-9090
Attorney for Debtor

Order Filed on August 14, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

DENNIS X. DIXON

Case Number: 18-19452

Hearing Date: July 12, 2018

Judge: JOHN K. SHERWOOD

Chapter: 13

Recommended Local Form:   ☑ Followed   ☐ Modified

## ORDER RE EXTENSION OF TIME
## TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 14, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☐   Granted.  The deadline to file schedules is extended to _____.

☒   Denied.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-19452-JKS
Dennis X. Dixon                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 1           Date Rcvd: Aug 15, 2018
                              Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2018.
db             +Dennis X. Dixon,    413 E. 28th Street,    Paterson, NJ 07514-1805

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2018 at the address(es) listed below:
          Joseph   Chang    on behalf of Debtor Dennis X. Dixon jc@josephchanglaw.com,    im@josephchanglaw.com,
           outsourcedparalegal@gmail.com,lr@josephchanglaw.com,jr@josephchanglaw.com
          Kevin Gordon McDonald    on behalf of Creditor    PNC Bank, National Association
           kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Laura M. Egerman    on behalf of Creditor    MTGLQ Investors, LP bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann   Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5