Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−19452−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dennis X. Dixon
   413 E. 28th Street
   Paterson, NJ 07514

Social Security No.:
   xxx−xx−6474

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/20/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 20, 2018
JAN: mg

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                              Case No. 18-19452-JKS
Dennis X. Dixon                                                     Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin              Page 1 of 2            Date Rcvd: Aug 20, 2018
                               Form ID: 148             Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2018.
db            +Dennis X. Dixon,    413 E. 28th Street,    Paterson, NJ 07514-1805
cr            +MTGLQ Investors, LP,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave.suit # 100,
                Boca Raton, FL 33487-2853
cr            +MTGLQ Investors, LP,    14643 Dallas Parkway,    Suite 750,    Dallas, TX 75254-8884
517538920    ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
              (address filed with court: CREDIT ACCEPTANCE,    25505 WEST 12 MILE ROAD,
                SOUTHFIELD , MI 48034)
517651885     MTGLQ INVESTORS, L.P.,    Selene Finance, LP,    9990 Richmod Ave,    Suite 400,
                South Houston, TX 77242
517653269    +MTGLQ Investors, LP,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave., Suite 100,
                Boca Raton, FL 33487-2853
517609306    +PNC Bank, N.A.,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 20 2018 23:41:24     U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 20 2018 23:41:20     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr            +EDI: RMSC.COM Aug 21 2018 03:04:00      Synchrony Bank, c/o PRA Receivables Management, LL,
                POB 41021,   Norfolk, VA 23541-1021
517546934    +EDI: PRA.COM Aug 21 2018 03:03:00      Bureaus Investment Group Portfolio No 15 LLC,
                c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk VA 23541-1021
517594818     EDI: CAPITALONE.COM Aug 21 2018 03:04:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC 28272-1083
517643477     EDI: JEFFERSONCAP.COM Aug 21 2018 03:03:00      Jefferson Capital Systems LLC,    Po Box 7999,
                Saint Cloud Mn 56302-9617
517650830     EDI: PRA.COM Aug 21 2018 03:03:00      Portfolio Recovery Associates, LLC,    c/o Jc Penney,
                POB 41067,   Norfolk VA 23541
517650798     EDI: PRA.COM Aug 21 2018 03:03:00      Portfolio Recovery Associates, LLC,    c/o Radio Shack,
                POB 41067,   Norfolk VA 23541
517650827     EDI: PRA.COM Aug 21 2018 03:03:00      Portfolio Recovery Associates, LLC,    c/o Sunoco,
                POB 41067,   Norfolk VA 23541
517650834     EDI: PRA.COM Aug 21 2018 03:03:00      Portfolio Recovery Associates, LLC,
                c/o The Home Depot Consumer,    POB 41067,   Norfolk VA 23541
517639291    +EDI: JEFFERSONCAP.COM Aug 21 2018 03:03:00      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
517528955     EDI: Q3G.COM Aug 21 2018 03:04:00      Quantum3 Group LLC as agent for,    Sadino Funding LLC,
                PO Box 788,   Kirkland, WA 98083-0788
517521347    +E-mail/Text: bkteam@selenefinance.com Aug 20 2018 23:40:24     Selene Finance,
                9990 Richmond Avenue,    Suite 400 South,   Houston, Texas 77042-4546
517523965    +EDI: RMSC.COM Aug 21 2018 03:04:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 22, 2018                                      Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Aug 20, 2018
                              Form ID: 148             Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2018 at the address(es) listed below:
              Joseph   Chang     on behalf of Debtor Dennis X. Dixon jc@josephchanglaw.com,   im@josephchanglaw.com,
               outsourcedparalegal@gmail.com,lr@josephchanglaw.com,jr@josephchanglaw.com
              Kevin Gordon McDonald     on behalf of Creditor    PNC Bank, National Association
               kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Laura M. Egerman     on behalf of Creditor    MTGLQ Investors, LP bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 5
```